# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

## AFFIDAVIT OF SERVICE



**\*39366\***

Index no :1:19-cv-00030

| Plaintiff(s): | **OTTER PRODUCTS, LLC** |
|---|---|
| Defendant(s): | **FISCH ENTERPRISE INC.,** |

STATE OF NEW YORK
COUNTY OF NEW YORK      ss.:

**Joshua Lee**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **02/19/2019** at **1:15 PM**, I served the within **Summons; Civil Cover Sheet, Complaint** on **SAMUEL FISCH** at **Medrite Care LLC, 919 Second Avenue, New York, NY10017** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Juan V., Authorized** of **SAMUEL FISCH**, a person of suitable age and discretion. Said premises is **SAMUEL FISCH's** usual place of business within the state.

On **02/19/2019**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's usual place of business, at **Medrite Care LLC, 919 Second Avenue, New York, NY10017** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Comments: **Front desk receptionist**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | **Black** | **Bald** | **35** | **6'** | **180 lbs** |
| Other Features: **Full black beard** | | | | | |

I asked the person spoken to whether **Defendant(s)** was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on
_____ FEBRUARY ___ 20 , 20 19

Notary Public,

DOMINIC DELLAPORTE
Notary Public, State of New York
No. 01DE6052212
Qualified in Nassau County
Commission Expires December 11, 20 22

X_____
Joshua Lee
License#: 2080696
Metro Attorney Service Inc.
305 Broadway 9th Floor
New York,NY10007
212-822-1421
Atty File#: 35545.002