**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00030-CMA-KLM

OTTER PRODUCTS, LLC, et al.

      Plaintiffs,                               Judge Christine M. Arguello

v.                                          Magistrate Kristen L. Mix

FISCH ENTERPRISE INC., et al.

      Defendants.

---

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc. hereby voluntarily dismiss without prejudice all claims against Samuel Fisch in this action.  All claims against Defendant Fisch Enterprise remain.

Dated: April 11, 2019                   Respectfully submitted,

                                     *s/Tyler B. Pensyl*
                                     William D. Kloss, Jr. (Ohio Bar No. 0040854)
                                   Tyler B. Pensyl (Ohio Bar. No. 0080649)
                                   Arryn K. Miner (Ohio Bar No. 0093909)
                                   Vorys, Sater, Seymour and Pease LLP
                                   52 East Gay Street
                                   Columbus, Ohio 43216
                                   Phone: (614) 464-6334
                                   Facsimile: (614) 719-5072
                                   Email: wdklossjr@vorys.com
                                         tbpensyl@vorys.com
                                         akminer@vorys.com

Martha L. Fitzgerald, #14078
Joshua A. Weiss, #49758
Brownstein Hyatt Faber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202-4432
Phone: (303) 223-1472
Email: mfitzgerald@bhfs.com
jweiss@bhfs.com

*Counsel for Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court on April 11, 2019.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  I will also send a copy of the foregoing to counsel for Defendant Samuel Fisch and to Defendant Fisch Enterprise Inc. via U.S. mail and email at:

| | |
|---|---|
| Joseph J. Haspel | Ozer Senderowitz |
| Joseph J. Haspel, PLLC | Fisch Enterprise Inc. |
| 1 West Main Street | 23 Lenore Avenue |
| Goshen New York 10924 | Monsey, NY 10952 |
| jhaspel@haspellaw.net | ozersend@gmail.com |
| | |
| *Counsel for Defendant Samuel Fisch* | *Defendant Fisch Enterprise Inc.* |

*s/Arryn K. Miner*
Arryn K. Miner

2

4/08/2019 32626091