## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00030-CMA-KLM

OTTER PRODUCTS, LLC, and
TREEFROG DEVELOPMENTS, INC.,

      Plaintiffs,

v.

FISCH ENTERPRISE, INC.

      Defendant.

---

## DEFAULT JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION of the Honorable Judge Christine M. Arguello entered on October 3, 2019, (ECF No. 29), it is hereby

ORDERED that DEFAULT JUDGMENT is entered in favor of the Plaintiffs, Otter Products, LLC and Treefrog Developments, Inc., and against the Defendant, Fisch Enterprise, Inc., on Plaintiffs' Motion for Default Judgment (ECF No. 28). It is

FURTHER ORDERED that a permanent injunction is entered against Fisch Enterprise in accordance with the terms stated below.

The Enjoined parties are:

a. Prohibited from advertising or selling all Otter Products or products bearing the Otter Trademarks through any Amazon storefront, including, but not limited to, the Amazon storefront currently named "BARGAINS INC.;"

b. Prohibited from advertising or selling, via the Internet or otherwise, all Otter products or products bearing the Otter Trademarks;

c. Prohibited from using any of the Otter Trademarks in any manner, including advertising on the Internet;

d. Prohibited from importing, exporting, manufacturing, producing, distributing, circulating, selling, offering to sell, advertising, promoting, or displaying any and all Otter Products as well as any products bearing any of the Otter Trademarks;

e. Prohibited from disposing of, destroying, altering, moving, removing, concealing, or tampering with any records related to any products sold by them which contain the Otter Trademarks including: invoices, correspondence with vendors and distributors, bank records, account books, financial statements, purchase contracts, sales receipts, and any other records that would reflect the source of the products that Fisch Enterprise has sold bearing these trademarks;

f. Required to take all action to remove from the Enjoined Parties' websites or storefronts any reference to any of Otter Products, or any of the Otter Trademarks;

g. Required to take all action, including but not limited to, requesting Internet search engines (such as Google, Yahoo!, and Bing) to remove from the Internet any of the Otter Trademarks which associate Otter Products or the Otter

Trademarks with the Enjoined Parties or the Enjoined Parties' websites or

storefronts; and

      h. Required to take all action to remove unauthorized Otter Trademarks

from the Internet, including from Amazon.

   DATED:  October 3, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/   Robert R. Keech
          ROBERT R. KEECH,
          DEPUTY CLERK

APPROVED AS TO FORM:


s/ Christine M. Arguello
CHRISTINE M. ARGUELLO,
UNITED STATES DISTRICT JUDGE